# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| TIMOTHY ALVES,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF THE ARMY, ARMY CORPS<br>OF ENGINEERS, WALLA WALLA DISTRICT,<br><br>　　　Defendant. | Case No.: 3:19-cv-00044-REP<br><br>**ORDER OF DISMISSAL WITH<br>PREJUDICE** |

This matter having come before the Court upon the parties' Stipulation of Dismissal (Dkt. 95), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that this action is DISMISSED, with prejudice, the same having been fully compromised and settled, each party to bear their own attorneys' fees and costs.   The Clerk's Office is directed to close the case.

DATED: August 12, 2022

Raymond E. Patricco
Chief U.S. Magistrate Judge

**ORDER OF DISMISSAL - 1**